CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
tCt Danville
NOV 20 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| GETRONICS USA, INC.,<br>Successor-in-Interest to<br>Getronics Wang Co., L.L.C.<br>Plaintiff<br><br>v.<br><br>BANK SERVICES OF VIRGINIA, INC.<br>Defendant | Lead Civil Action No. 4:06CV00049 |

| | |
|---|---|
| BANK SERVICES OF VIRGINIA, INC., *et als.*,<br><br>Plaintiffs,<br><br>v.<br><br>GETRONISWANG, CO. LLC,<br>d/b/a GETRONICS | Member Civil Action No. 4-06-cv-00054<br><br>**ORDER**<br><br>By: Hon. Glen E. Conrad<br>United States District Judge |

## ORDER

This case is before the court on Bank Services of Virginia's motion to dismiss the lead action and motion to remand the member action, as well as Getronics' motion to amend its answer in the member action and motion to consolidate the two actions. For the reasons stated in the Memorandum Opinion issued this day, it is

**ORDERED**

that Bank Services of Virginia's motion to dismiss the lead action and motion to remand the member actions shall be and hereby are DENIED. It is further

**ORDERED**

that Getronics' motion to consolidate the two actions and Getronics' motion to amend its answer in the member action shall be and hereby are GRANTED.

ENTERED this 20th day of November, 2006.

*/s/ Jackson L. Kiser*
United States District Court Judge